UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,        :
                                       :
                                     :        22 Cr. 576 (LGS)

           -against-         :
                                     :        ORDER

JOEL MERCED-PEREZ,             :
                      Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      This case has been assigned to me for all purposes.  It is hereby **ORDERED** that counsel

for all parties shall file by Tuesday, **May 28, 2024**, a joint letter via CM/ECF proposing a schedule

for discovery, the filing of motions, and three proposed dates for a status conference.  The parties

also should state whether the parties seek to have the Court exclude time under the Speedy Trial

Act between the filing of the order and the pre-trial conference, and the basis for the exclusion.

Dated: May 23, 2024
      New York, New York

                                  **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**