

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 14, 2024

**BY ECF & EMAIL**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Merced-Perez*, 22 Cr. 576 (LGS)

Dear Judge Schofield:

    The parties write to request an adjournment of the status conference scheduled for November 18, 2024 at 10:30 a.m. in the above referenced matter. The parties are negotiating a pretrial resolution of this matter but need additional time to complete those discussions. This is the parties' second request to adjourn the status conference. The parties request an adjournment to January 27 or the afternoon of January 28, 2025, to accommodate for upcoming holiday travel and trial schedules. We understand from chambers staff that the Court has availability on those dates to hold the next conference.

    Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until the date of the next scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue their negotiations. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/_____
Camille L. Fletcher
Assistant United States Attorneys
Southern District of New York
(212) 637-2383

cc: Christopher Flood, Esq. (via Email and ECF)

---

**Application Granted. The status conference currently scheduled for November 18, 2024, is adjourned to January 27, 2025, at 10:30 a.m.** The Court finds that the ends of justice served by excluding the time between today and January 27, 2025, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between today and January 27, 2025, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 16.
Dated: November 15, 2024
New York, New York

[signature]
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE