# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
**TELEPHONE (212) 545-8777; FAX (917) 722-8206**
**INFO@RUBCORLAW.COM**

RONALD RUBINSTEIN
JOSEPH R. COROZZO

Of Counsel:
MARSHALL A. MINTZ

ANGELA D. LIPSMAN (NY; NJ)

January 23, 2025

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application **GRANTED**. The conference scheduled for January 27, 2025, is **ADJOURNED** to **February 24, 2025, at 10:30 A.M.**
>
> Dated: January 24, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: United States v. Joel Merced-Perez
    22 Cr. 576 (LGS)

Dear Judge Schofield:

I represent Defendant Joel Merced-Perez in this action. I write to respectfully request an adjournment of the status conference currently scheduled for January 27, 2025 for approximately 30 days, to on or about Wednesday, February 26, 2025.

The reason for the adjournment request is I was retained to represent the defendant on January 7, 2025 and require additional time to get up to speed on this matter. The Defendant consents to the exclusion of time under the Speedy Trial Act until the adjourn date.

This is the first adjournment request I have filed in this matter, though the Court granted the two previous motions to adjourn the status conference. Endorsed Letter Motions, ECF # 15 and 17.

I have conferred with the U.S. Attorney's Office and have been advised that the Government consents to the request to adjourn the status conference.

Wherefore, I respectfully request that next week's status conference be adjourned by approximately 30 days, to on or about Wednesday, February 26, 2025.

Respectfully submitted,

Ronald Rubinstein, Esq.

cc:   A.U.S.A. Camille Latoya Fletcher (via ECF)