

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 16, 2025

Application Granted.  The trial is adjourned *sine die*.  The Clerk of the Court is directed to terminate the letter motion at docket number 24.

Dated: April 18, 2025
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

**BY ECF & EMAIL**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Merced-Perez*, 22 Cr. 576 (LGS)

Dear Judge Schofield:

The parties write to request that the trial in *United States v. Merced-Perez*, 22 Cr. 576 (LGS) scheduled to begin on May 12, 2025, be adjourned *sine die*. The parties have reached a pretrial resolution. A change of plea conference is scheduled before the duty magistrate judge on April 21, 2025 at 11 a.m.

                Respectfully submitted,

                MATTHEW PODOLSKY
                Acting United States Attorney

by:   /s/
                Camille L. Fletcher
                Assistant United States Attorneys
                Southern District of New York
                (212) 637-2383

cc: Ronald Rubenstein, Esq. (via Email and ECF)