UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    JOEL MERCED-PEREZ,
                              Defendant.
------------------------------------------------------------X

22 Cr. 576 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Joel Merced-Perez's sentencing hearing will be held on **August 25, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's sentencing submission, if any, shall be filed on or before **August 4, 2025**.  The Government's pre-sentencing submission, if any, shall be filed by **August 7, 2025.**

Dated:  April 25, 2025
        New York, New York

                                                 LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE