UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JOEL MERCED PEREZ,<br>  a/k/a "a/k/a "JOAN PEREZ,"<br>  a/k/a "JOEL MERCED,"<br>  a/k/a "JOE PEREZ,"<br>  a/k/a "LUIS GRACIANO,"<br>  a/k/a "ROBINSON LEONARDO RECRO PAULINO,"<br>  a/k/a "ROBINSON LEONARDO RECIO PUJOLS,"<br><br>                        *Defendant.* | [PROPOSED]<br>ORDER<br><br>22 Cr. 576 (LGS) |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 21, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       June 2, 2025

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE