UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOEL MERCED-PEREZ,
                          Defendant,

------------------------------------------------------------X

22 Cr. 576 (LGS)

REMAND ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS Defendant JOEL MERCED-PEREZ was sentenced on October 21, 2025. It is hereby **ORDERED** that Defendant JOEL MERCED-PEREZ is hereby remanded to the custody of the United States Marshal.

Dated: October 21, 2025
New York, New York

                                        LORNA G. SCHOFIELD
                                        United States District Judge